# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:11CR197 |
| vs. ) | |
| ) | ORDER |
| DAVID VALADEZ CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's Motion to Continue the Change of Plea Hearing [22]. The court finds that the defendant has not shown good cause for a continuance.

**IT IS ORDERED** that the defendant's motion [22] is denied. The Change of Plea Hearing set for October 12, 2011 at 3:00 p.m. remains in effect.

**DATED October 11, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**